acting as defendant's servant, in the scope of his employment and in the course of his work, cut the pipe, and thus caused the loss sustained by the plaintiff. There was evidence that 577 mirrors were damaged, which, undamaged, were of the value of $203.30; that some of these were cut up, and some resilvered, at a cost of $36.25; and that thereafter they were sold for $107.36. There was also evidence that the case goods were damaged $50. This evidence, under the circumstances, warrants a conclusion that the total loss was $182.19. This sum, with interest thereon from February 1, 1904, to the date of judgment, makes a total of $207.69. There was no evidence to warrant an allowance of more than this sum. The judgment will be modified accordingly, and, as modified, affirmed, without costs.

AMERICAN CEREAL CO., Respondent, v. SCHERL, Appellant. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by the American Cereal Company against Henry Scherl. No opinion. Order herein made on the 4th day of June, 1906, modified, so far as to permit the appellant to perfect his appeal, and to place the case on the next calendar of this court for argument. In the event of failure so to do, motion denied, with costs.

ANDERSEN, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) Action by Hans Andersen against the New York Edison Company. No opinion. Judgment and order unanimously affirmed, with costs.

ANDERSEN, Respondent, v. NEW YORK EDISON CO., Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Hans Andersen against the New York Edison Company. No opinion. Motion denied.

ANDERSON, Appellant, v. BAGG, Respondent. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by August Anderson against Samuel F. Bagg, etc. No opinion. Order affirmed, with $10 costs and disbursements.

ANDERSON, Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by Robert M. Anderson against Thomas S. Walsh. A. B. Nathan, for appellant. J. E. Duross, for respondent. No opinion. Judgment affirmed, with costs.

ANDREWS v. H. & H. REINERS. (Supreme Court, Appellate Division, Second Department. June 19, 1906.) Action by Annie Andrews, as administratrix, etc., against H. & H. Reiners. No opinion. Reargument ordered on the whole case, and set down for hearing on Tuesday, June 26, 1906.

ANDREWS, Respondent, v. SCHMIDT, Appellant. (Supreme Court, Appellate Division, Second Department. July 24, 1906.) Action by Lewis G. Andrews against Henry Schmidt. No opinion. Judgment of the Municipal Court affirmed, with costs.

ANSTEAD, Respondent, v. WOODWARD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Belle H. Anstead against Willis Woodward and I. Waldman Teschner. No opinion. Order affirmed on argument, with $10 costs and disbursements.

ARKENBURGH, Respondent, v. ARKENBURGH, Appellant. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Oliver M. Arkenburgh against Robert H. Arkenburgh. C. E. Souther, for appellant. R. F. Little, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AUTO LIGHTER CO., Respondent, v. WICKES, HUGHES & CO., Appellant. (Supreme Court, Appellate Division, First Department. June 15, 1906.) Action by the Auto Lighter Company against Wickes, Hughes & Co. No opinion. Appeal dismissed, with $10 costs and disbursements. Order filed.

BACHMAN, Respondent, v. OLIVER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 3, 1906.) Action by Max Bachman against Horace G. Oliver, as president. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, for the reason that the order upon which the order of sequestration was based has been reversed by the Court of Appeals.

BACHMAN, Appellant. v. OLIVER, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 10, 1906.) Action by Max Bachman against Horace G. Oliver, as, etc. No opinion. Motion to dismiss appeal denied, without costs, with leave to renew in case the appellant fails to file and serve printed papers on appeal within 10 days after the determination by Mr. Justice Foote of the papers to be printed.

BAHR, Respondent, v. CLARKE, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by Mary Bahr against John J. Clarke.

PER CURIAM. Judgment affirmed, with costs, on authority of Paine v. Upton, 87 N. Y. 327, 41 Am. Rep. 371.

WILLIAMS, J., dissents, on authority of Curtis v. Albee, 167 N. Y. 360, 60 N. E. 660.

BAKER v. HAMILTON et al. (Supreme Court, Appellate Division, Second Department. October 17, 1906.) Action by Seward Baker, as trustee, etc., against Alexander J. F. Hamilton, and others.

PER CURIAM. We think the appellant is entitled to the fund in controversy, the distribution being among the persons who answer to the legal definition of next of kin at the time of the death of the testator, and not at the time of the death of his daughter. See Clark v.